IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–24–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY WAYNE LAMERE, | |
| Defendant. | |

Before the Court is Defendant Anthony Wayne Lamere's Emergency Motion for Escorted Release to Attend Funeral. (Doc. 42.) Mr. Lamere requests a United States Marshal escort to the funeral of his half-brother on February 5, 2022. (Doc. 43 at 2.) The United States objects. (Doc. 42 at 1.) The Court will deny the motion.

While the Court is sympathetic to Mr. Lamere's desire to attend the funeral of his half-brother, he is currently awaiting sentencing for possession with the intent to distribute methamphetamine. (Doc. 32.) Mr. Lamere is facing a 10-year mandatory minimum. (Doc. 2.) Given the severity of the charge Mr. Lamere has pled guilty to and the length of any potential custodial sentence, the Court finds the security risks attendant to an escorted release to be too great. This conclusion is fortified by the logistical difficulties faced by the United States Marshals Service

1

in accommodating such requests.

Accordingly, IT IS ORDERED the motion (Doc. 42) is DENIED.

DATED this 31st day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court