IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–24–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY WAYNE LAMERE, | |
| Defendant. | |

Before the Court is Defendant Anthony Wayne Lamere's Emergency Motion to Attend Funeral. (Doc. 60.) It appears Mr. Lamere's father passed away on February 21, 2022, and Mr. Lamere requests that this Court facilitate his attendance at the funeral through one of several options. (*Id.* at 3.) This includes permitting him to attend the funeral services through: (1) an escort with his brother; (2) an escort with the United States Marshal's Service; or (3) video from the Cascade County Detention Center. (*Id.*) The United States objects to the first two options but does not object to the third. The Court will deny the motion.

Just as it was when Mr. Lamere brought his first funeral request a few weeks ago (*see* Doc. 44), the Court remains sympathetic to Mr. Lamere's situation. But Mr. Lamere has been sentenced to 84 months imprisonment for a meth distribution offense and awaits transport to a Bureau of Prisons facility. Given these

circumstances, and the logistical difficulties and security concerns attendant to facilitating the requested escort, the Court will not order the release of Mr. Lamere pursuant to either the first or second proposed option. As to the third option, the Court will not order the Cascade County Detention facility to arrange for Mr. Lamere's video appearance at an event unrelated to the judicial adjudication of this case. Mr. Lamere is, of course, free to attempt to arrange such a video appearance with the Cascade County Detention Center directly.

Accordingly, IT IS ORDERED the motion (Doc. 60) is DENIED.

DATED this 24th day of February, 2022.

Dana L. Christensen, District Judge
United States District Court